Arthur Aaronson (State Bar No. 64988)
**AARONSON & AARONSON**
16133 Ventura Blvd., Ste. 675
Encino, CA 91436

Michael Cukor, Esq.
Vincent McGeary, Esq
**MCGEARY CUKOR LLC**
54 West 40th Street
New York NY 10018

Attorneys for Plaintiff James R. Moder
Crystal Chandelier Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES R. MODER CRYSTAL CHANDELIER INC.<br><br>            Plaintiff,<br><br>    vs.<br><br>MAXIM LIGHTING INTERNATIONAL, INC.,<br><br>            Defendant. | Case No.: 2:20-cv-03762-SVW-MAA<br><br>**DECLARATION OF MICHAEL CUKOR IN SUPPORT OF OPPOSITION TO MOTION TO INTERVENE** |

- 1 -
**DECLARATION OF MICHAEL CUKOR**

# DECLARATION OF MICHAEL CUKOR

I, Michael Cukor, state:

1. I am a member of McGeary Cukor LLC, attorneys for plaintiff James Moder Crystal Chandelier, Inc. I submit this declaration in opposition to the Motion to Intervene of ET2 Contemporary Lighting.

2. Attached hereto are true and correct copies of:

    a. Excerpts from the Initial Disclosures of defendant Maxim International Lighting, Inc. ("Maxim");

    b. Maxim Interrogatory Responses 4-6;

    c. Maxim document production number MAXIM00025-26; and

    d. Intellectual Property Assignment produced by Maxim.

3. I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge. Executed on December 7, 2020 at New York, New York.

/s/ Michael Cukor
Michael Cukor
**MCGEARY CUKOR LLC**
54 West 40th Street
New York NY 10018
mcukor@mcgearycukor.com

# CERTIFICATE OF SERVICE

I Hereby certify that on the 7th day of December, 2020, a true and correct copy of the foregoing was electronically served using the Court's CM/ECF System to the following:

Adam P. Daniels (SBN 296466)
adaniels@polsinelli.com
Michael D. Pegues (pro hac vice to be filed)
mpegues@polsinelli.com
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067

*Attorneys for Defendant/Counter-Plaintiff*

By: /s/ Arthur Aaronson
Arthur Aaronson

DECLARATION OF MICHAEL CUKOR